UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **CITY OF LAREDO,** § | |
| § | |
| Plaintiff, § | |
| VS. § | **CIVIL ACTION NO. 5:21-CV-72** |
| § | |
| **THE UNITED STATES OF AMERICA,** *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER

Pending is Plaintiff City of Laredo's Complaint, Emergency Application for a Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction and Request for Emergency Hearing on Temporary Restraining Order (the "Complaint") (Dkt. 1). Having reviewed the Complaint (Dkt. 1), and given the nature of the suit, the Court concludes that expedited adversarial briefing is necessary before ruling on the request for a temporary restraining order (TRO). Accordingly, because Defendants have not yet made appearances in the case, Plaintiff is hereby ORDERED to serve Defendants with its Complaint (Dkt. 1) on or before **July 21, 2021**.[1] Further, Defendants are hereby ORDERED to file their response briefs by **July 26, 2021** regarding: (1) Plaintiff's standing to sue; and (2) Plaintiff's request for a TRO. Finally, Plaintiff will have until **July 29, 2021** to file a reply brief.

The Clerk of Court is hereby DIRECTED to modify the docket sheet to conform with the listed defendants in Plaintiff's Complaint (Dkt. 1). (*Id.* at 2–3.)

---

[1] There is no indication in the Complaint (Dkt. 1) that Plaintiff requests an *ex parte* TRO, i.e., a TRO without notice. (*See id.*) Indeed, it does not appear that Plaintiff's attorney has "certifie[d] in writing . . . the reasons why [notice] should not be required" as mandated by Federal Rule of Civil Procedure 65(b)(1)(B). For this reason, and because the Court determines that further briefing is required, the Court declines to enter an *ex parte* TRO at this time.

IT IS SO ORDERED.

SIGNED this 19th day of July, 2021.

_____
Diana Saldaña
United States District Judge