United States District Court
Southern District of Texas
**ENTERED**
July 29, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **CITY OF LAREDO,** | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | **CIVIL ACTION NO. 5:21-CV-72** |
| | § | |
| **THE UNITED STATES OF AMERICA,** *et al*, | § § § | |
| | § | |
| Defendants. | § | |

# ORDER

Pending is Defendants' Unopposed Motion for an Extension to File their Response Brief (Dkt. 7). In it, Defendants request that the August 2, 2021 deadline to file their response brief to Plaintiff City of Laredo's Complaint and Application for a Temporary Restraining Order (Dkt. 1) be extended until August 12, 2021. (Dkt. 7 at 1.) Plaintiff is unopposed, and Defendants note that discussions between the Chief of U.S. Border Patrol and officials from the City of Laredo are ongoing. (*Id.*) Finding good cause, the Court determines that the extension is warranted. *See* Fed. R. Civ. P. 6(b)(1). Accordingly, the deadline for Defendants' response brief is hereby EXTENDED to **August 12, 2021**. The deadline for Plaintiff's reply brief is hereby EXTENDED to **August 19, 2021**.

IT IS SO ORDERED.

SIGNED this 29th day of July, 2021.

_____
Diana Saldaña
United States District Judge