## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| City of Laredo, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 5:21-cv-72 |
| | § | |
| United States of America, *et al.*, | § | |
|     Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly stipulate to dismiss this action in its entirety and without prejudice. Each party shall bear their own costs and fees.

Respectfully submitted,

By: */s/ Alyssa J. Castillon*
    Alyssa J. Castillon
    Interim City Attorney, City of Laredo
    Texas State Bar No.: 24064568
    Southern District of Texas Bar No.: 114327
    City of Laredo Office of the City Attorney
    1110 Houston Street
    Laredo, Texas 78040
    Telephone: (956) 791-7319
    Facsimile: (956) 791-7494
    Email: acastillon@ci.laredo.tx.us
    ATTORNEY IN CHARGE FOR
    PLAINTIFF

    *—and—*

    JENNIFER B. LOWERY
    ACTING UNITED STATES ATTORNEY

By: */s/ Annalisa L. Cravens*
    Annalisa L. Cravens
    Assistant U.S. Attorney
    Texas Bar No. 24092298
    1000 Louisiana Street, Suite 2300

Houston, Texas 77002
Tel: 713-567-9489
annalisa.cravens@usdoj.gov

*/s/ Hector C. Ramirez*
Hector C. Ramirez
Assistant United States Attorney
State Bar I.D. #16501850
Fed. Adm. #18155
11204 McPherson Road
Suite 100A
Laredo, Texas 78045
Tel.: (956) 723-6523
Email: hector.ramirez@usdoj.gov
ATTORNEYS IN CHARGE
FOR DEFENDANTS

## Certificate of Service

I certify that on August 9, 2021, I filed this stipulation via CM/ECF.

*/s/ Annalisa L. Cravens*
Annalisa L. Cravens