United States District Court
Southern District of Texas
**ENTERED**
August 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **CITY OF LAREDO,** § § **Plaintiff,** § VS. § **THE UNITED STATES OF AMERICA,** *et al*, § § **Defendants.** § | **CIVIL ACTION NO. 5:21-CV-72** |

## ORDER

On August 9, 2021, Plaintiff City of Laredo and Defendants filed a Joint Stipulation of Dismissal (Dkt. 11). The stipulation (Dkt. 11), which is signed by counsel for all Parties, satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and requests a dismissal without prejudice. (*Id.* at 1–2.) Accordingly, the case has been DISMISSED WITHOUT PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(B). The Clerk of Court is hereby DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this 9th day of August, 2021.

_____
Diana Saldaña
United States District Judge